IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually )
and on behalf of a class of all persons and )   Civil Action No. 2:18-cv-00615
entities similarly situated, )
)
)   Magistrate Judge Robert C. Mitchell
Plaintiffs, )
)
v. )   ELECTRONIC FILING
)
AGENTRA, LLC, )
)
Defendant. )
)
)

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHELLE LEE

Michelle Lee, undersigned counsel for Agentra, LLC, hereby moves that she be admitted

to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and

LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated

May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro

Hac Vice* of Michelle Lee filed herewith, which, it is averred, satisfies the requirements of the

foregoing Local Rules and Standing Order.

/s/ Michelle Lee
Michelle Lee
New York State Bar No. 4911277
mlee@pcrfirm.com
**Platt Cheema Richmond PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Telephone:  (214) 559-2700
Facsimile:  (214) 559-4390

Counsel for Defendant,
Agentra, LLC

Dated: July 19, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) | Civil Action No. 2:18-cv-00615 |
| | ) | Magistrate Judge Robert C. Mitchell |
| Plaintiffs, | ) ) | |
| v. | ) ) | ELECTRONIC FILING |
| AGENTRA, LLC, | ) ) ) | |
| Defendant. | ) ) ) ) | |

AFFIDAVIT OF MICHELLE LEE IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michelle Lee, make this affidavit in support of the motion for my admission to appear

and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant,

Agentra, LLC, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2

and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc.

No. 06-151).

1.      I am an attorney with the firm of Platt Cheema Richmond PLLC.

2.      My business address is 1201 N. Riverfront Boulevard, Suite 150, Dallas, Texas

75027.

3.      I am a member in good standing of the bars of New York, New Jersey, Southern

District of New York, and Eastern District of New York.

4.      My New York bar identification number is 4911277.

5.      A current certificate of good standing from the United States District Court for the

Southern District of New York is attached to this Affidavit as Exhibit A.

6.      The following is a complete list of any previous disciplinary proceedings concerning my practice of law that results in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:  None.

7.      I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.      I attest that I have read, know and understand the Local Rules of the Court for the United States District Court for the Western District of Pennsylvania.

9.      Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: July 19, 2018                    _____
                                        Michelle Lee

# EXHIBIT A

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of
### Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that


_____**MICHELLE  PARK  LEE**_____ , Bar # _____**ML3314**_____


was duly admitted to practice in this Court on


_____**JANUARY 14th, 2013**_____ , and is in good standing as a member of the Bar of this Court.


500 Pearl Street
Dated at <u>New York, New York</u>      on   _____**JULY 5th, 2018**_____


_____Ruby J. Krajick_____          by  ~~Wayne Bowman~~
Clerk                                          Deputy  Clerk

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for

Admission *Pro Hac Vice* of Michelle Lee was filed electronically on July 19, 2018.  Notice of this

filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may

access this filing through the Court's system.


/s/ Michelle Lee
Michelle Lee
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually          )
and on behalf of a class of all persons and    )     Civil Action No. 2:18-cv-00615
entities similarly situated,                   )
                                               )     Magistrate Judge Robert C. Mitchell
                    Plaintiffs,                )
                                               )
          v.                                   )     ELECTRONIC FILING
                                               )
AGENTRA, LLC,                                  )
                                               )
                    Defendant.                 )
                                               )
                                               )

## ORDER OF COURT

AND NOW, this ___ day of _____, 2018, upon consideration of Defendant's

Motion for Admission, *Pro Hac Vice*, it is hereby ORDERED that said motion is granted.

Michelle Lee may enter her appearance, *pro hac vice*, in the above-captioned action.

BY THE COURT:

_____
Robert C. Mitchell
U.S. Magistrate Judge

2802934.v1