## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) | Civil Action No. 2:18-cv-00615 |
| | ) | Magistrate Judge Robert C. Mitchell |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ELECTRONIC FILING |
| | ) | |
| AGENTRA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF BILL S. RICHMOND

Bill S. Richmond, undersigned counsel for Agentra, LLC, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Bill. S. Richmond filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

*/s/ Bill S. Richmond*
Bill S. Richmond
Texas Bar No. 2406680
brichmond@pcrfirm.com
**Platt Cheema Richmond PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Telephone:  (214) 559-2700
Facsimile:   (214) 559-4390

-2-

Counsel for Defendant,
Agentra, LLC

Dated: July 19, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) | Civil Action No. 2:18-cv-00615 |
| | ) | Magistrate Judge Robert C. Mitchell |
| Plaintiffs, | ) ) | |
| v. | ) ) | ELECTRONIC FILING |
| | ) | |
| AGENTRA, LLC, | ) ) | |
| Defendant. | ) ) | |
| | ) ) | |

**AFFIDAVIT OF BILL S. RICHMOND IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Bill S. Richmond, make this affidavit in support of the motion for my admission to appear

and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant,

Agentra, LLC, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2

and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc.

No. 06-151).

1.      I am an attorney with the firm of Platt Cheema Richmond PLLC.

2.      My business address is 1201 N. Riverfront Boulevard, Suite 150, Dallas, Texas

75027.

3.      I am a member in good standing of the bar of Texas, and the Northern, Eastern,

Southern and Western Districts of Texas.

4.      My Texas bar identification number is 2406680.

5.      A current certificate of good standing from the United States District Court for the

Northern District of Texas is attached to this Affidavit as Exhibit A.

6.      The following is a complete list of any previous disciplinary proceedings concerning my practice of law that results in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:  None.

7.      I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.      I attest that I have read, know and understand the Local Rules of the Court for the United States District Court for the Western District of Pennsylvania.

9.      Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 19, 2018

_____
Bill S. Richmond

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Bill S. Richmond was filed electronically on July 19, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Bill S. Richmond*  _____
Bill S. Richmond
Counsel for Defendant

# EXHIBIT A

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### William S. Richmond

Bar Number:                           Date of Admission:

**24066800**                          **January 13, 2010**

Witness my official signature and the seal of this court.

Dated: June 29, 2018                  Karen Mitchell,
                                      Clerk of Court

                                      By: Alice Cobb
                                          Deputy Clerk