IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>AGENTRA, LLC, XPERT INSURANCE SERVICES, INC., KAREN MAIRE EDWARDS and SEAN T. DUFFIE<br><br>　　　　　Defendants. | Case No. 18-cv-615-RCM |

**NOTICE OF DISMISSAL AS TO**
**<u>XPERT INSURANCE SERVICES, INC AND SEAN T. DUFFIE</u>** *ONLY*

　　NOW COMES Stewart Abramson, by and through his respective attorneys, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismisses all his claims against Xpert Insurance Services, Inc. and Sean T. Duffie, *only*. This action will continue against the remaining defendants.

　　RESPECTFULLY SUBMITTED AND DATED this 24th day of September, 2018.

By:*/s/ Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I, hereby certify that on September 24, 2018, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich
