IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>AGENTRA, LLC<br><br>        Defendant. | Case No. 18-cv-615-RCM |

## JOINT NOTICE OF SELECTION OF MEDIATOR

Plaintiff Stewart Abramson and Defendant Agentra, LLC submit this notice to advise the Court that the parties have agreed to mediate this matter with Hon. Morton Denlow (Ret.) of JAMS in Chicago, IL. The parties will mediate by the August 30, 2019 deadline, and are currently schedule to mediate on July 25, 2019.

Dated: April 9, 2019

*/s/ William S. Richmond*
William S. Richmond
Texas Bar. No 2406680
PLATT CHEEMA RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75307
Telephone: (214) 559-2700
Facsimile: (214) 559-4390
Email: brichmond@pcrfirm.com
*Admitted Pro Hac Vice*

**COUNSEL FOR DEFENDANT AGENTRA, LLC**

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**COUNSEL FOR PLAINTIFF STEWART ABRAMSON**

CERTIFICATE OF SERVICE

I, hereby certify that on April 9, 2019, I filed the foregoing through the Court's CM/ECF Procedure, which will provide notice to all parties of record.

/s/ *Anthony I. Paronich*
Anthony Paronich