IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>AGENTRA, LLC<br><br>　　　　　Defendant. | Case No. 18-cv-615-RCM |

~~PROPOSED~~ ORDER ON PLAINTIFF'S MOTION TO COMPEL
AGENTRA, LLC TO PROVIDE DISCOVERY RESPONSES

After considering the motion and documents provided in support, Plaintiff's motion is GRANTED. Agentra is ordered to provide all responsive documents within 7 days. *business days.* *Unless plaintiff represents that compliance has occurred, a hearing on this matter will be conducted at 10:00 am on May 2, 2019 in Pittsburgh.*

*Grant C. Mitchell*

Hon. Robert C. Mitchell
United States District Court

*Filed: April 18, 2019*