IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>AGENTRA, LLC, KAREN MARIE EDWARDS, ANGELIC MARKETING GROUP L.L.C., THERESA JONES and MATTHEW JONES<br><br>Defendants. | Case No. 18-cv-615-RCM<br><br>COMPLAINT-CLASS ACTION |

## DEFENDANT AGENTRA LLC'S DISCOVERY CERTIFICATION

Defendant Agentra, LLC ("Agentra") by and through its undersigned counsel, files this Discovery Certification and does state and certify as follows:

Agentra has produced to Plaintiff by and through Plaintiff's counsel all documents at issue in Plaintiff's Second Motion to Compel [Dkt. #52] and subject to the Court's order [Dkt. #62] in Agentra's possession, custody, or control.

Dated: April 29, 2019								Respectfully submitted,

/s/ William S. Richmond
William S. Richmond
Texas Bar. No 2406680
PLATT CHEEMA RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75307
Telephone: (214) 559-2700
Facsimile: (214) 559-4390
Email: brichmond@pcrfirm.com
*Admitted Pro Hac Vice*

-and-

Robert B. Cottington
Pennsylvania Bar No. PA51164
COHEN & GRISBY, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
Telephone: (412) 297-4677
Facsimile: (412) 209-1096
Email: rcottington@cohenlaw.com

**COUNSEL FOR DEFENDANT
AGENTRA, LLC**

## CERTIFICATE OF SERVICE

The undersigned counsel for Agentra does certify that he served this pleading on all counsel of record by electronic filing on April 29, 2019 through the CM/ECF system.

/s/ William S. Richmond