UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON

        Plantiff

v.

AGENTRA, LLC

        Defendant

Case No.:18-cv-615-RCM

## AFFIDAVIT OF CORPORATE SERVICE

That I, ALLAN POUNDS herby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the foregoing documents are true and do affirm I am a competent person over 18 years of age and not a party to this action

That on 4/18/2019 at 1:06 PM at 401 Ryland St Ste 200A, Reno, NV 895021643 I served ANGELIC MARKETING GROUP L.L.C. with the following list of documents: SUMMONS IN A CIVIL ACTION; COMPLAINT-CLASS ACTION; by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Sylvia Baldmor whose title is Office manager.

That the description of the person actually served is as follows: Gender: Female Skin: White Age: 51-55 Height: 5'7 - 6'0 Weight: 141-160 Lbs Hair: Auburn Eyes:  Marks:

Subscribed and sworn before me, a Notary Public, this 18th day of April, 2019

_____
JOHNNO LAZETICH
Notary Public
My Commision expires on: 1/28/2020

ALLAN POUNDS
Reno Carson Messenger Service, Inc
185 Martin St.
Reno, NV 89509
(775) 322-2424





Order #:R69711
Their File 18-cv-615-RCM



**Process Serving & Legal Courier**
**RENO / CARSON / LAS VEGAS**
Serving all of Nevada Since 1981

**Reno Carson Messenger Service, Inc**
185 Martin St. Reno, NV 89509
Phone: (775) 322-2424   Fax: (775) 322-3408
License: 322

TAX ID: 88-0306306

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 004868 | April 18, 2019 | R69711 |

File No: 18-cv-615-RCM
Servee: ANGELIC MARKETING GROUP L.L.C.
Case No: 18-cv-615-RCM
Court: UNITED STATES DISTRICT COURT
Plaintiff: STEWART ABRAMSON
Defendant: AGENTRA, LLC

**Bill To:**
Paronich Law, P.C.
ATTN: Anthony Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT-CLASS ACTION;;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PROCESS SERVICE | 1.00 | .00 | 75.00 |

SUMMARY: 4/18/2019 at 1:06 PM          Server: ALLAN POUNDS Reg: R -061232
Servee: ANGELIC MARKETING GROUP L.L.C.
Left With: Sylvia Baldmor - Office manager
Address: REGISTERED AGENTS INC., 401 Ryland St Ste 200A, # Reno, NV 89502-1643
Result: Corporate Service

TOTAL DUE    $ .00

Thank you for choosing Reno Carson Messenger Service, Inc!

For proper credit please detatch this section and return with your payment.   **Remittance Copy**



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 004868 | April 18, 2019 | R69711 |

**Remit To:**
Reno Carson Messenger Service, Inc
185 Martin St.
Reno, NV 89509

TOTAL DUE:    $ .00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO
   **Reno Carson Messenger Service, Inc**

Order#:R69711/INVOICEP