IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>  Plaintiff<br><br>vs.<br><br>AGENTRA, LLC, KAREN MARIE EDWARDS, ANGELIC MARKETING GROUP L.L.C., THERESA JONES and MATTHEW JONES<br><br>  Defendants. | Case No. 18-cv-615-RCM<br><br>COMPLAINT-CLASS ACTION |

## REQUEST TO ENTER DEFAULT

**TO:   Clerk of the United States District Court for the Western District of Pennsylvania**

The Plaintiffs Stewart Abramson and James Everett Shelton request that you please enter default for the defendants Angelic Marketing Group L.L.C. and Matthew Jones for their failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure as appears from the affidavit of Anthony I. Paronich, attached hereto as <u>Exhibit 1</u>, and a proposed Order is attached as <u>Exhibit 2</u>.

Dated: May 13, 2019
PLAINTIFF,
By his attorney,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

2

## **CERTIFICATE OF SERVICE**

I, hereby certify that on May 13, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

*/s/ Anthony Paronich*
Anthony Paronich
