UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated, | CIVIL ACTION |
| Plaintiffs, | NO. 18-cv-615-RCM |
| v. | |
| AGENTRA, LLC, KAREN MARIE EDWARDS, ANGELIC MARKETING GROUP L.L.C., THERESA JONES and MATTHEW JONES, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this 22 day of May, 2019, it is hereby ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Set Aside Default as to Angelic Marketing Group, L.L.C. and Matthew Jones is GRANTED.

IT IS FURTHER ORDERED that the default judgment entered against them on May 15, 2019 is hereby opened. Angelic Marketing Group, L.L.C. and Matthew Jones shall file a response to the Second Amended Complaint within twenty (20) days from the date hereof.

*[signature: Robert C. Mitchell]*