UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,** | CIVIL ACTION |
| Plaintiffs, | NO. 18-cv-615-RCM |
| v. | |
| **AGENTRA, LLC, KAREN MARIE EDWARDS, ANGELIC MARKETING GROUP L.L.C., THERESA JONES and MATTHEW JONES,** | |
| Defendants. | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Angelic Marketing Group L.L.C., in the above caption action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                  Respectfully Submitted,

Date: May 24, 2019                   COHEN SEGLIAS PALLAS
                                          GREENHALL & FURMAN, P.C.

                                        By: */s/ James McNally*
                                             James McNally, Esq.
                                             PA I.D. No. 78341
                                             525 William Penn Place, Suite 3005
                                             Pittsburgh, PA 15219
                                             Phone: (412) 434-5530
                                             Fax: (412) 434-5565
                                             jmcnally@cohenseglias.com
                                             *Attorneys for Defendants Angelic Marketing Group L.L.C. and Matthew Jones*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Disclosure Statement was served upon the following this 24th day of May, 2019, via the Court's Electronic Filing System:

Anthony I. Paronich
99 High Street
Boston, MA 02110
anthony@paronichlaw.com
*Attorney for Stewart Abramson
and James Everett Shelton*

Clayton S. Morrow
Morrow & Artim, PC
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
cmorrow@allconsumerlaw.com
*Attorney for Stewart Abramson*

Robert B. Cottington
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
rcottington@cohenlaw.com
*Attorney for Agentra, LLC*

*/s/ James McNally*
James McNally