IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> AGENTRA, LLC, KAREN MARIE EDWARDS, ANGELIC MARKETING GROUP L.L.C., THERESA JONES and MATTHEW JONES <br><br> Defendants. | Case No. 18-cv-615-RCM <br><br> COMPLAINT-CLASS ACTION |

## NOTICE OF DISMISSAL

The plaintiff files this notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims against Karen Marie Edwards and Theresa Jones, and this matter will continue against the remaining defendants.

Dated: June 13, 2019

PLAINTIFF,

By:
*s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

CERTIFICATE OF SERVICE

      I, hereby certify that on June 13, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

                                  */s/ Anthony Paronich*
                                  Anthony Paronich