IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated, : : : : : | CIVIL ACTION<br><br>NO. 18-cv-615-RCM |
| Plaintiffs, : : | |
| v. : | |
| AGENTRA, LLC, KAREN MARIE EDWARDS, ANGELIC MARKETING GROUP, L.L.C, THERESA JONES and MATTHEW JONES, : : : : : | |
| Defendants. : : | |

## CERTIFICATE OF SERVICE

I, James McNally, Esquire, do hereby certify that on the 8th day of July, 2019, I served via U.S. Mail and electronic mail a true and correct copy of the Motion to Withdraw As Counsel, upon the following non ECF users:

Angelic Marketing Group, L.L.C.
Matthew Jones, Owner
200 S Virginia Street 8th Floor, No. 80393
Reno, Nevada 89501
Matt@angelicmarketinggroup.com

Matthew Jones
6457 Meadow Valley Lane
Reno, Nevada 89519
Matt@angelicmarketinggroup.com

                                        **COHEN, SEGLIAS, PALLAS,**
                                        **GREENHALL & FURMAN, P.C**

                              By:       /s/ James McNally
                                          James McNally Esquire (#78341)
                                          525 William Penn Place, Suite 3005
                                          Pittsburgh, PA 15219
                                          412.434.5530
                                          jmcnally@cohenseglias.com
                                          *Attorneys for Defendants Angelic*
                                          *Marketing Group, L.L.C. and Matthew*
                                          *Jones*

Dated: July 9, 2019