IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated, | : : : : : | CIVIL ACTION<br><br>NO. 18-cv-615-RCM |
| Plaintiffs, | : | |
| v. | : : | |
| AGENTRA, LLC, KAREN MARIE EDWARDS, ANGELIC MARKETING GROUP, L.L.C, THERESA JONES and MATTHEW JONES, | : : : : : | |
| Defendants. | : : | |

## COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.'S ADDENDUM TO MOTION TO WITHDRAW AS COUNSEL PURSUANT TO ORDER DATED JULY 24, 2019

Cohen Seglias Pallas Greenhall & Furman, P.C. files this Addendum to Motion to Withdraw as Counsel Pursuant to Order dated July 24, 2019 and in support hereof represents as follows:

The last know address and telephone numbers for Defendants Angelic Marketing Group, L.L.C. and Matthew Jones are as follows:

Matthew Jones, Owner
200 S Virginia Street
8th Floor, No. 80393
Reno, Nevada 89501
Phone: 925-297-5323


Matthew Jones
6457 Meadow Valley Lane
Reno, Nevada 89519
Phone: 925-297-5323

                **COHEN SEGLIAS PALLAS**
                **GREENHALL & FURMAN, P.C.**

      By:   s/ James McNally
               James McNally Esquire (#78341)
               525 William Penn Place, Suite 3005
               Pittsburgh, PA 15219
               412.434.5530
               jmcnally@cohenseglias.com

               *Attorneys for Defendants Angelic*
               *Marketing Group, L.L.C. and Matthew*
               *Jones*

Dated: July 26, 2019

## CERTIFICATE OF SERVICE

I, James McNally, Esquire, hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing Addendum to Motion to Withdraw as Counsel Pursuant to Order dated July 24, 2019, upon the following parties via the ECF:

Anthony I. Paronich
99 High Street
Boston, MA 02110
anthony@paronichlaw.com
*Attorney for Stewart Abramson and James Everett Shelton*

Clayton S. Morrow
Morrow & Artim, PC
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
cmorrow@allconsumerlaw.com
*Attorney for Stewart Abramson*

Robert B. Cottington
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
rcottington@cohenlaw.com
*Attorney for Agentra, LLC*

William S. Richmond
Platt Cheema Richmond PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75307
brichmond@pcrfirm.com

And the following via email and regular U.S. Mail:

Matthew Jones, Owner
200 S Virginia Street
8th Floor, No. 80393
Reno, Nevada 89501
matt@angelicmarketinggroup.com

Matthew Jones
6457 Meadow Valley Lane
Reno, Nevada 89519
matt@angelicmarketinggroup.com

Date: July 26, 2019                                /s/ James McNally

5656474.1 55734-0001