IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, *individually and on behalf of a class of all persons and entities similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C. and MATTHEW JONES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-615<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM ORDER**

Presently before the Court is Plaintiffs' Third Motion to Compel Agentra, LLC ("Agentra") to Provide Discovery Responses ("Motion to Compel"). (ECF No. 82). Plaintiffs seek production of documents responsive to Request Nos. 4 and 5 of their second set of discovery. As reflected in Plaintiffs' Motion to Compel, Agentra, in its April 29, 2019 response, had stated that it would produce the non-privileged documents responsive to these requests. However, according to Plaintiffs, Agentra has not done so, and therefore, Plaintiffs seek an order compelling Agentra to produce those documents.

In its Response to the Motion to Compel, Agentra indicates that it has not yet completed its document review and production process but expects to complete this process no later than July 31, 2019, and serve the full production at that time. (ECF No. 86).

Based upon this representation, the Court expects that Agentra will produce the requested documents on July 31, 2019. However, so that Plaintiffs are not required to renew their motion in the event that Agentra does not produce its documents by July 31, 2019, the Court will grant Plaintiffs'

Motion to Compel. In that event, it is hereby **ORDERED** that Agentra shall produce the non-privileged documents responsive to Request Nos. 4 and 5 no later than August 2, 2019.

                                                                  **SO ORDERED** this 30th day of July, 2019.

                                                          /s/Patricia L. Dodge
                                                          PATRICIA L. DODGE
                                                          United States Magistrate Judge

cc:    All counsel of record via CM/ECF

        Service by regular U.S. mail and electronic mail upon:

        Angelic Marketing Group, L.L.C.
        Matthew Jones, Owner
        200 S Virginia Street 8th Floor, No. 80393
        Reno, Nevada 89501
        Matt@angelicmarketinggroup.com

        Matthew Jones
        6457 Meadow Valley Lane
        Reno, Nevada 89519
        Matt@angelicmarketinggroup.com