IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, *individually and on behalf of a class of all persons and entities similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C. and MATTHEW JONES,<br><br>Defendants. | Civil Action No. 18-615 |

**ORDER**

Plaintiffs' Motion to Compel Angelic Marketing Group L.L.C. and Matthew Jones to Provide Discovery Responses (ECF No. 79) is GRANTED. It is hereby ORDERED that no later than September 13, 2019, Defendant Angelic Marketing Group L.L.C. shall serve full and complete responses and produce all responsive documents to Plaintiffs' First Set of Discovery to Angelic Marketing Group L.L.C.. It is further ORDERED that no later than September 13, 2019, Defendant Matthew Jones shall serve full and complete responses and produce all responsive documents to Plaintiffs' First Set of Discovery to Matthew Jones.

**SO ORDERED** this 4th day of September, 2019.

PATRICIA L. DODGE
United States Magistrate Judge

Service by regular U.S. mail and electronic mail upon:

Angelic Marketing Group, L.L.C.
Matthew Jones, Owner
200 S Virginia Street 8th Floor, No. 80393
Reno, Nevada 89501
Matt@angelicmarketinggroup.com

Matthew Jones
6457 Meadow Valley Lane
Reno, Nevada 89519
Matt@angelicmarketinggroup.com