## DECLARATION OF SEAN T. DUFFIE

I, Sean T. Duffie, pursuant to Florida Statute Section 92.525, and under penalties of perjury, affirm and state that I have personal knowledge to the following facts:

1. I am over the age of 18 and have personal knowledge of the matters asserted herein.

2. I have been licensed to sell health insurance in the State of Florida since approximately November 13, 2007.

3. On approximately August 30, 2017, I formed Duff Insurance Brokerage, Inc.

4. On approximately November 30, 2017, I became authorized to sell products through Agentra Health Solutions.

5. I attempted to sell products created by Agentra Health Solutions from on or about November 30, 2017 through on or about December 30, 2018.

6. In selling products created by Agentra Health Solutions, I accepted live transfers that were transmitted by third party lead brokers. One of the third party lead brokers that I received live transfers from was owned and controlled by John Spiller.

7. Between about November 20, 2017 through December 30, 2018, Agentra did not have a robust telemarketing compliance policy that I am aware of.

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true to the best of my knowledge and belief.

Dated: 07/22/2019        By: _____
                                    Sean T. Duffie