IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) ) | |
| | | Civil Action No. 2:18-615 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C., and MATTHEW JONES, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER REGARDING PLAINTIFFS' EMERGENCY MOTION TO COMPEL AGENTRA, LLC TO PROVIDE DATA THAT IDENTIFIES CLASS MEMBERS**

The Court's Preliminary Approval Order required Notice to be effectuated through postcards mailed directly to Settlement Class Members, the identity of whom Agentra, LLC has possession. The Settlement Agreement required Agentra, LLC to provide this information. *See* Settlement at ¶ 9. Although the deadline for supplying this information was September 25, 2020, it has not been provided.

Therefore, it is ORDERED that Agentra, LLC shall provide the required information by October 2, 2020. It is further ORDERED that Agentra, LLC shall respond to Plaintiffs' request for attorneys' fees by October 2, 2020.

**SO ORDERED** this 28th day of September, 2020.

PATRICIA L. DODGE
United States Magistrate Judge