IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C., and MATTHEW JONES<br><br>Defendants. | Case No. 18-cv-615-PLD<br><br>COMPLAINT-CLASS ACTION |

## NOTICE REGARDING REQUEST FOR ATTORNEYS FEES

Plaintiffs Stewart Abramson and James Everett Shelton ("Plaintiffs") filed a motion to compel data in connection with the preliminary approval of a class action settlement in this matter. *See* ECF No. 122. As part of that request, the Plaintiffs sought reimbursement of their attorneys fees. *Id.* The Plaintiffs motion was granted. *See* ECF No. 123. Counsel for the Plaintiffs and counsel for Agentra have agreed to an amount. That amount will be paid by October 16, 2020.

        Respectfully submitted,

        */s/ Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com

        *Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

        */s/ Anthony I. Paronich*
        Anthony I. Paronich