# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>*Plaintiffs,*<br><br>MONICA ABBOUD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C., and MATTHEW JONES,<br><br>*Defendants.* | Case No. 2:18-cv-00615-PLD<br><br>**CLASS ACTION** |

## MOTION TO INTERVENE AND TO MODIFY PROTECTIVE ORDER

Plaintiff-Intervenor Monica Abboud ("Plaintiff-Intervenor" or "Abboud"), on behalf of herself and a certified class in the case of *Abboud v. Agentra, LLC*, 3:19-cv-00120-X (N.D. Tex.), hereby respectfully submits this Motion to intervene in this matter and to modify the protective order between Plaintiffs Stewart Abramson and James Everett Shelton ("Plaintiffs") and Defendant Agentra, LLC ("Defendant" or "Agentra") (collectively "the Parties"). This Motion is based on the exhibits attached hereto, the concurrently filed Memorandum of Points and Authorities, oral argument of counsel, and any other matter that may be submitted at the hearing.

Respectfully submitted,

Dated: October 28, 2020

By: __/s/ Stuart C. Gaul, Jr.____
One of Plaintiff-Intervenor's Attorneys

Stuart C. Gaul, Jr.
Pa. I.D. No. 74529
Gaul Legal LLC
100 Ross Street, Suite 510
Pittsburgh, PA 15219
412-261-5100 (P)
412-261-5101 (F)
stuart.gaul@gaul-legal.com

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff-Intervenor and the Classes*

\* *Pro Hac Vice* to be filed

## CERTIFICATE OF SERVICE

I hereby certify that the above papers were filed through the Court's ECF system, which will serve the papers electronically to all counsel of record.

      /s/ Stuart C. Gaul, Jr.

2