# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:18-cv-00615-PLD |
| *Plaintiffs,* | **CLASS ACTION** |
| MONICA ABBOUD, individually and on behalf of all others similarly situated, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C., and MATTHEW JONES, | |
| *Defendants.* | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK H. PELUSO

Patrick H. Peluso, undersigned counsel for Plaintiff-Intervenor Monica Abboud ("Abboud" or "Plaintiff-Intervenor"), hereby moves that he be admitted to appear and practice in this Court in the above-caption matter as counsel *pro hac vice* for Plaintiff-Intevenor pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Patrick H. Peluso filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order

Respectfully submitted,

Dated: October 28, 2020

By: __/s/ Patrick H. Peluso____
*Counsel for Plaintiff-Intervenor*

Patrick H. Peluso* (CO Bar No. 47642)
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro hac vice admission sought

## CERTIFICATE OF SERVICE

I hereby certify that the above papers were filed through the Court's ECF system, which will serve the papers electronically to all counsel of record.

/s/ Patrick H. Peluso