IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    *Plaintiffs,*<br><br>MONICA ABBOUD, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff-Intervenor*,<br><br>  v.<br><br>AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C., and MATTHEW JONES,<br><br>    *Defendants.* | Case No. 2:18-cv-00615-PLD<br><br>**CLASS ACTION** |

**AFFIDAVIT OF PATRICK H. PELUSO IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

  I, Patrick H. Peluso, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff-Intervenor pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

  I, Patrick H. Peluso, being duly sworn, do hereby depose and say as follows:

  1.  I am a Partner of the law firm Woodrow & Peluso, LLC.

  2.  My business address is 3900 E Mexico Avenue, Suite 300, Denver, CO 80210.

  3.  I am a member in good standing of the bars of the State of Colorado, the United States Courts of Appeals for the Ninth Circuit and Eleventh Circuit, and the United States District Courts for the District of Colorado, District of New Mexico,

        Western District of Wisconsin, Eastern District of Michigan, Northern District of Illinois, and Southern District of Illinois.

4.     My Colorado bar identification number is 47642.

5.     A current certificate of good standing from Colorado is attached to this Affidavit as Exhibit A.

6.     I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7.     I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8.     Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: October 28, 2020          By: __/s/ Patrick H. Peluso____