# EXHIBIT A



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Patrick Harry Peluso__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___3rd___ day of ___November___ A. D. ___2014___ and that at the date hereof the said ___Patrick Harry Peluso___ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ___30th___ day of ___July___ A. D. ___2020___

**Cheryl Stevens**
Clerk

By __[signature]__
Deputy Clerk