IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>*Plaintiffs,*<br><br>MONICA ABBOUD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff-Intervenor,*<br><br>v.<br><br>AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C., and MATTHEW JONES,<br><br>*Defendants.* | Case No. 2:18-cv-00615-PLD<br><br>**CLASS ACTION** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN L. WOODROW

Steven L. Woodrow, undersigned counsel for Plaintiff-Intervenor Monica Abboud ("Abboud" or "Plaintiff-Intervenor"), hereby moves that he be admitted to appear and practice in this Court in the above-caption matter as counsel *pro hac vice* for Plaintiff-Intevenor pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Steven L. Woodrow filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order

Respectfully submitted,

Dated: October 28, 2020       By: __/s/ Steven L. Woodrow____
                                     *Counsel for Plaintiff-Intervenor*

>Steven L. Woodrow* (CO Bar No. 43140)
>swoodrow@woodrowpeluso.com
>Woodrow & Peluso, LLC
>3900 East Mexico Ave., Suite 300
>Denver, Colorado 80210
>Telephone: (720) 213-0675
>Facsimile: (303) 927-0809
>
>**Pro hac vice* admission sought

## **CERTIFICATE OF SERVICE**

I hereby certify that the above papers were filed through the Court's ECF system, which will serve the papers electronically to all counsel of record.

       /s/ Steven L. Woodrow