## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:18-cv-00615-PLD |
| *Plaintiffs,* | **CLASS ACTION** |
| MONICA ABBOUD, individually and on behalf of all others similarly situated, | |
| *Plaintiff-Intervenor,* | |
| v. | |
| AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C., and MATTHEW JONES, | |
| *Defendants.* | |

**DEFENDANT AGENTRA, LLC'S RESPONSE TO
PLAINTIFF-INTERVENOR MONICA ABBOUD'S
<u>MOTION TO INTERVENE AND TO MODIFY PROTECTIVE ORDER</u>**

Defendant Agentra, LLC ("Defendant" or "Agentra") respectfully submits this Response to Plaintiff-Intervenor Monica Abboud's ("Plaintiff-Intervenor" or "Abboud") Motion to Intervene and to Modify Protective Order [Dkt. 128]. This Response is based on the exhibits attached hereto and the concurrently filed Brief in Support of Defendant's Response to Motion to Intervene and to Modify Protective Order.

Dated: November 12, 2020	Respectfully submitted,

	*/s/ William S. Richmond*
	William S. Richmond
	Texas Bar. No 2406680
	PLATT CHEEMA RICHMOND PLLC
	1201 N. Riverfront Blvd., Suite 150
	Dallas, Texas 75307
	Telephone: (214) 559-2700
	Facsimile: (214) 559-4390
	Email: brichmond@pcrfirm.com
	*Admitted Pro Hac Vice*

		-and-

	Robert B. Cottington
	Pennsylvania Bar No. PA51164
	COHEN & GRISBY, P.C.
	625 Liberty Avenue
	Pittsburgh, PA 15222
	Telephone: (412) 297-4677
	Facsimile: (412) 209-1096
	Email: rcottington@cohenlaw.com

	**COUNSEL FOR DEFENDANT**
	**AGENTRA, LLC**

## CERTIFICATE OF SERVICE

	The undersigned counsel for Agentra does certify that he served this pleading on all counsel of record by electronic filing on November 12, 2020 through the CM/ECF system.

	*/s/ William S. Richmond*