IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON and JAMES )
EVERETT SHELTON, individually and on )
behalf of a class of all persons and entities )
similarly situated, )
) Civil Action 18-615
)
Plaintiffs, )
)
)
vs. )
)
)
AGENTRA, LLC, ANGELIC MARKETING )
GROUP L.L.C. and MATTHEW JONES, )
)
)
Defendants. )

## ORDER

AND NOW, this 14th day of December, 2020, it is hereby ORDERED as follows:

1.      The Motion to Intervene of Monica Abboud is GRANTED. Abboud may intervene in this matter pursuant to Rule 24 of the Federal Rules of Civil Procedure for the purpose of evaluating the fairness of the parties' proposed settlement as it pertains to her interests and the interests of the class members that she represents.

2.      The Motion to Modify Protective Order is GRANTED. In accordance with paragraph 6(f) of the Agreed Protective Order entered in this matter (ECF No. 42), the Court designates Abboud as a Qualified Person who may receive Confidential Information necessary to evaluate the fairness of the Parties' proposed settlement.

BY THE COURT:

s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge