IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>AGENTRA, LLC, ANGELIC MARKETING GROUP L.L.C., and MATTHEW JONES<br><br>Defendants. | Case No. 18-cv-615-PLD |

**PLAINTIFFS' NOTICE IN RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs Stewart Abramson and James Everett Shelton ("Plaintiffs") are in receipt of the Court's July 7, 2021 Order to Show Cause related to the failure to appear of Angelic Marketing Group L.L.C. and Matthew Jones (ECF No. 150). The Plaintiffs believe that the claims against the non-appearing defendants should be dismissed without prejudice.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

- 2 -

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Anthony I. Paronich*
Anthony I. Paronich