IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON and JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiffs,<br><br>and<br><br>MONICA ABBOUD<br><br>    Intervenor Plaintiff,<br><br>vs.<br><br>AGENTRA, LLC,<br><br>    Defendant. | Civil Action No. 18-615 |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been marked closed.

IT IS SO ORDERED.

August 3, 2021

/s/ Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge